796 A.2d 224

## IN THE MATTER OF ROBERT MICHAEL ARCAINI, AN ATTORNEY AT LAW.

April 30, 2002.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–232, concluding that by way of reciprocal discipline **ROBERT MICHAEL ARCAINI** of **HIALEAH, FLORIDA,** who was admitted to the bar of this State in 1994, should be suspended from the practice of law for a period of eleven months, retroactive to May 14, 2000, the date of respondent's suspension in the State of Florida for conduct that in New Jersey would be in violation of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate with client), *RPC* 1.8(a) (conflict of interest), *RPC* 3.2 (failure to expedite litigation) and *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having determined that respondent should not be eligible to be reinstated to practice in New Jersey unless and until reinstated to practice in Florida;

And good cause appearing;

It is ORDERED that **ROBERT MICHAEL ARCAINI** is suspended from the practice of law for a period of eleven months and

until the further Order of the Court, retroactive to May 4, 2000; and it is further

ORDERED that no petition for reinstatement to practice be submitted to the Disciplinary Review Board unless and until respondent is reinstated to practice law in Florida; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.